UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-51238-JRS |
| | ) | |
| YVETTA DENISE GREEN, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | CONTESTED MATTER |
| AS LEGAL TITLE TRUSTEE FOR | ) | |
| TRUMAN 2016 SC6 TITLE TRUST, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| YVETTA DENISE GREEN, | ) | |
| NANCY J. WHALEY, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR RELIEF FROM STAY**

COMES NOW, U.S. Bank National Association, as Legal Title Trustee for Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, LLC, its servicing agent ("Movant"), and hereby shows this Court the following:

1.

Pursuant to 11 U.S.C. Section 362(d) and Fed. R. Bankr. P. 4001, Movant seeks an order that terminates the automatic stay as to Movant for purposes of allowing it to enforce its security interest in certain real property of the estate, commonly known as 205 Talbot Court, McDonough, GA 30253 ("Real Property") in accordance with the terms of a certain security deed and with applicable non-bankruptcy law.

2.

Debtor filed the above-styled Chapter 13 on January 23, 2017.

3.

Movant holds a secured claim secured by the Real Property. True and correct copies of the subject loan documents are collectively attached hereto as Exhibit "A" and incorporated herein by reference.

4.

Debtor is post-petition delinquent as follows:

```
1 Payment Due: 05/01/2020 @ $512.05:              $  512.05
2 Payments Due: 06/01/2020 - 07/01/2010 @ $555.40:   1,110.80
Owed To Borrower (Unapplied Suspense)              (236.54)

                                            Total: $1,386.31
```

5.

Movant is not adequately protected.

6.

Per the Henry County Tax Assessor, the value of the Real Property is approximately $125,700.00. A true and correct copy of the 2020 tax assessment is attached hereto as Exhibit "B" and incorporated herein by reference. As of July 1, 2020, the payoff on the subject loan was approximately $50,254.31, excluding attorney's fees and costs for this Motion, with an unpaid principal balance of $47,630.53.

7.

The Real Property is not necessary for an effective reorganization, and a viable reorganization is not in prospect.

8.

Debtor has demonstrated a clear inability to successfully reorganize, and this inability warrants the lifting of the automatic stay.

9.

Movant has incurred $850.00 in attorney's fees and $181.00 costs in bringing this Motion and is entitled to reimbursement for same pursuant to the Loan Documents.

WHEREFORE, Movant prays that this Court, after notice and a hearing:

a) Waive the stay set forth in FBR 4001(a)(3);

b) Terminate the automatic stay as to Movant to permit it to enforce its security interest in the Real Property in accordance with the terms of the subject security deed and applicable non-bankruptcy law, including, but not limited to, advertising and conducting a foreclosure sale, seeking confirmation thereof in order to pursue any deficiency, and seeking possession of the Real Property pursuant to the laws of the State of Georgia.  However, Movant and/or its successors and assigns may offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement, short sale, deed in lieu of foreclosure, or any other type of loan workout/loss mitigation agreement.  Movant may contact the Debtor via telephone or written correspondence to offer any such agreement;

c) Award $850.00 for the attorney's fees and $181.00 costs incurred by Movant in bringing the Motion; and

d) Grant such other and further relief as this Court deems just, necessary, and proper.

This 6th day of July, 2020.

Prepared By:
Attorney for Movant

_____/s/_____
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email: meratl@aol.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-51238-JRS |
| | ) | |
| YVETTA DENISE GREEN, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | CONTESTED MATTER |
| AS LEGAL TITLE TRUSTEE FOR | ) | |
| TRUMAN 2016 SC6 TITLE TRUST, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| YVETTA DENISE GREEN, | ) | |
| NANCY J. WHALEY, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF ASSIGNMENT OF HEARING**

PLEASE TAKE NOTICE that Movant has filed a motion for relief from the automatic stay ("Motion") and related papers with the court seeking an order for relief sought in the Motion.

YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, then you may wish to consult one.)  If you do not want the court to lift the automatic stay, or if you want the court to consider your views on the Motion, then you or your attorney must attend a hearing on **July 28, 2020, at 10:30 a.m. in Courtroom 1404, United States Bankruptcy Court, 75 Ted Turner Drive, Atlanta, Georgia 30303**.  IF STAY OF ACTION IS AGAINST CO-DEBTOR, THEN 20-DAY STAY RESPONSE TIME, U.S.C. SECTION 1301 (d). PLUS THREE DAYS IF SERVED VIA MAIL.  THE AUTOMATIC STAY SHALL REMAIN IN EFFECT WITH RESPECT TO MOVANT UNTIL COURT ORDER OTHERWISE.

**Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website**

**www.ganb.uscourts.gov prior to the hearing for instructions on whether to appear in person or by phone.**

If you or your attorney do not take these steps, then the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the event a hearing cannot be held within thirty (30) days from the filing of the Motion as required by 11 U.S.C. Section 362, Movant, by and through counsel, waives this requirement and agrees to the next earliest possible date, as evidenced by signature below.

This 6th day of July, 2020.

PREPARED BY AND CONSENTED TO:
Attorney for Movant


_____/s/_____
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email: meratl@aol.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-51238-JRS |
| | ) | |
| | ) | |
| YVETTA DENISE GREEN, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | CONTESTED MATTER |
| AS LEGAL TITLE TRUSTEE FOR | ) | |
| TRUMAN 2016 SC6 TITLE TRUST, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| YVETTA DENISE GREEN, | ) | |
| NANCY J. WHALEY, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I served the parties listed below with a copy of the Motion for Relief from Stay and the Notice of Assignment of Hearing by, unless otherwise noted, depositing a true and correct copy of each with the United States Postal Service with sufficient postage affixed thereto to insure first class delivery:

Nancy J. Whaley, Esq.
Standing Chapter 13 Trustee
Via Electronic Notice

David Lee Judah, Esq.
Attorney for Debtor
Via Electronic Notice

Yvetta Denise Green
205 Talbot Court
McDonough, GA 30253

This 6th day of July, 2020.

/s/
Marc E. Ripps
Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com