**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| YVETTE DENISE GREEN, | : | CHAPTER 13 |
| | : | |
| DEBTOR. | : | CASE NO. 17-51238-JRS |
| _____ | : | |

**1st REQUEST FOR VOLUNTARY DISMISSAL
PURSUANT TO 11 U.S.C. §1307(b)**

COMES NOW, Yvette Denise Green, Debtor in the above-styled case, through counsel, and shows this Honorable Court :

1.

This Chapter 13 case was filed on January 23, 2017.

2.

The Debtor no longer desires to continue with this case and wishes to dismiss the case.

3.

Granting this relief will not be unduly prejudicial to any creditor or party in interest.

WHEREFORE, the Debtor prays this Honorable Court Dismiss this case.

Respectfully submitted this 16th day of July 2020.

/S/David Judah
David Judah, Attorney for Debtor
Ga. Bar No 405605

David Judah, Attorney at Law, LLC
P.O. Box 2285
McDonough, GA  30253
678-974-3209
djudah@judahlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| YVETTE DENISE GREEN, | : | CHAPTER 13 |
| | : | |
| DEBTOR. | : | CASE NO. 17-51238-JRS |

## VERIFICATION

My name is Yvette Denise Green. I am the Debtor in the above case. I am over the age of eighteen (18) and I suffer from no known disabilities. I submit this verified statement under penalty of perjury under 18 USC Section 1746. I have reviewed the attached 1st Request for Voluntary Dismissal, and it is true and correct

7/6/20        /s/ _____
                        Yvette Denise Green, Debtor

**United States Bankruptcy Court**
**Northern District of Georgia**

In re  **Yvetta Denise Green**                                                              Case No.  **17-51238**

Debtor(s)                                                                              Chapter  **13**

# CERTIFICATE OF SERVICE

This is to certify that on this 16th of July 2020 I electronically filed the attached 1ST Request for Voluntary Dismissal using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Marc E. Ripps    meratl@aol.com

Nancy J. Whaley    ecf@njwtrustee.com

Ryan J. Williams    ecf@njwtrustee.com

I further certify that on this day I caused a copy of this document to be served via USPS First Class Mail, with adequate postage prepaid on all other parties listed below at the address shown for each.

Yvetta Denise Green
205 Talbot Court
McDonough, GA 30253

/s/ David Judah
**David Judah 405605**
**David Judah, Attorney at Law, LLC**
**P.O. Box 2285**
**McDonough, GA 30253**
**678-834-4270**
**djudah@judahlaw.com**